JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 385 -- In re McDonald's Franchise Antitrust Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 3/26/79 | 1 | MOTION, SCHEDULE OF CASES, EXHIBITS A & B -- Plaintiffs Lloyd Kypta -- w/cert. of service     (emh)<br>SUGGESTED TRANSFEREE DISTRICT -- N.D. Illinois<br>SUGGESTED TRANSFEREE JUDGE -- Honorable Prentice Marshall |
| 3/28/79 | 2 | REQUEST FOR EXTENSION OF TIME -- McDonald's Corp., McDonald's System, Inc. & Franchise Realty Interstate Corp. -- GRANTED to & Including 4/16/79     (emh) |
| 3/30/79 | | HEARING ORDER -- Setting A-1 through A-5 for hearing in the E.D. Missouri on April 27, 1979  (cds) |
| 4/5/79 | | APPEARANCES: EARL POLLOCK FOR McDonald's Corp., McDonald's System, Inc. and Franchise Realty Interstate Corp.; KIMBALL CORSON, ESQ. FOR Levine, et al. (cs) |
| 4/13/79 | | APPEARANCES: HAROLD BROWN, ESQ. FOR Marane, Inc. and Frank A. Principe, et al.; JOHN R. KELSO, ESQ. FOR Lloyd Kypta; DOUGLAS G. MARTIN, ESQ. FOR Marion Magruder, Jr Marion Magruder, Sr., Marshall Margruder, Ray Johnson, and Mark Kramer; JUDSON H. MINER, ESQ. FOR Michael Martino, et al.  (cds) |
| 4/13/79 | 3 | RESPONSE -- Ina Levine, et al. -- w/cert. of service (cds) |
| 4/13/79 | 4 | RESPONSE -- Martino, et al. -- w/cert. of serv. (cds) |
| 4/16/79 | 5 | RESPONSE -- McDonald's Corp., McDonald's System, Inc. and Franchise Realty Interstate Corp. -- w/cert. serv. (cs |
| 4/18/79 | 6 | SUPPLEMENTAL BRIEF -- Def. McDonalds -- w/cert. of serv. cs |
| 4/18/79 | | ORDER VACATING HEARING ORDER FILED ON MARCH 30, 1979, as it relates to (A-3) Marane, Inc. v. McDonalds Corp., et al., N.D. Ill., #79C816 -- Notified involved judge, clerk and counsel  (cds) |
| 4/23/79 | | NOTICE OF HEARING APPEARANCES for hearing held on 4/27/79 in St. Louis, MO -- Harold Brown, Esq. for Lloyd Kypta, Frank A. Principe, et al. and Marane,Inc.; Earl E. Pollock, Esq. for McDonald's Corp., et al.; Kimball J. Corson, Esq. for William S. Levin, et al.; Judson H. Miner, Esq. (no position concerning transfer).(ea) |
| 4/24/79 | 7 | BRIEF (Correction for response No. 3) Plaintiffs Levine w/cert of service |
| 4/24/79 | 8 | REPLY -- Plaintiffs Kypta and Principe w/cert of svc. (rew) |
| 5/1/79 | 9 | FILED IN OPEN COURT on 4/27/79 -- Pltf's motion for trial continuance and supporting brief -- pltf. Principe.(ea) |
| 5/7/79 | 10 | POST-HEARING SUPPLEMENTAL MEMORANDUM OF DEFENDANTS McDonald's Corp., et al. w/cert. of svc. (ea) |

JPML FORM 1A - Continuation                         DOCKET ENTRIES -- p.\_\_\_\_

DOCKET NO. 385 -- _____

| Date | Ref | Pleading Description |
|---|---|---|
| 5/9/79 | 11 | LETTER--Marane, Inc. and Frank A. Principe, et al. dated 5/7/79, signed by Harold Brown, Esq. (ea) |
| 5/14/79 | 12 | LETTER--McDonald's Corp., et al. dated 5/10/79 signed by Earl E. Pollock, Esq. (ea) |
| 5/25/79 | 13 | POST-HEARING SUPPLEMENT TO MOTION TO TRANSFER--Pltf. Kypta w/cert. of svc. (ea) |
| 5/29/79 | 14 | RESPONSE to "Post-Hearing Supplement"--McDonald's w/cert. of svc. (ea) |
| 6/4/79 | | ORDER REGARDING CONFIDENTIAL MATERIALS -- (A-1) Kypta v. McDonald's Corp., et al., S.D.Fla.,C.A.No. 73-678-Civ-JE -- for pleading no. 10. Notified involved counsel and judge. (ea) |
| 6/12/79 | | OPINION AND ORDER -- Denying transfer of A-1, A-2, A-4, A-5 pursuant to 28 U.S.C. §1407. (emh) |
| 12/11/96 | | Shredded ~~Shredded~~ sealed documents: Complaints and Docket Sheets for FLS 73-678, ILN 1:77-98, ILN 1:79-816, VAE 3:78-60, AZ 2:77-601, ILN 1:75-3455, Order regarding confidential material dated 6/4/79, Order and Opinion dated 6/12/79, Motion (pldg #1), letter (pldg #2), Response (pldg. #3), Response (pldge. #4), Response (pldg. #5), Supplemental Response (pldg. #6), Supplemental Response (pldg #7), Reply (pldg. #8), Supplemental Reponse (pldg. #9), Supplemental Information (pldg. #10), Supplemental letter (pldg. 11), letter (pldg. #12), Supplemental Information (pldg. #13), Response (pldg. #14), and correspondence (vmc) |

JPML Form 1

Revised: 8/78

DOCKET NO. 385 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE MCDONALD"S FRANCHISE ANTITRUST LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 4/27/79 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 6/12/79 | O&O (Denied) | 472 F.Supp. 111 | | | |

### Special Transferee Information

DATE CLOSED: _____

files not retired
retained in safe
because of classified
documents

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 385 -- In re McDonald's Franchise Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | (Lloyd Kypta) ~~Vincent Bettino, et al.~~ v. McDonald's Corp., et al. | S.D.Fla. Eaton | 73-678-Civ-JE | | | | 6/4/79 |
| A-2 | Michael Martino, et al. v. McDonald's System, Inc., et al. | N.D.Ill. Marshall | 77-C-98 | | | | |
| A-3 | Marane, Inc. v. McDonald's Corp., et al. | N.D.Ill. Flaum | 79-0816 | | | | |
| A-4 | Frank A. Principe, et al. v. McDonald's Corp., et al. | E.D.VA. Warriner | 78-0601 | | | | |
| A-5 | Ina Levine, et al. v. McDonald's Corp. | D.Ariz. Copple | CIV-77-601-PHX-WPC | | | | |
| | Louis J. Martino, et al. v. McDonald's Systems, Inc., et al. | (action not considered by Panel) | | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 385 -- IN RE McDONALD'S FRANCHISE ANTITRUST LITIGATION

| | |
|---|---|
| LLOYD KYPTA (A-1)<br>John R. Kelso, Esq.<br>Fowler, White, Burnett, Hurley,<br>   Banick & Knight, P.A.<br>Fifth Floor, City National Bank Building<br>25 West Flagler Street<br>Miami, Florida  33130<br><br>MICHAEL MARTINO, ET AL. (A-2)<br>Judson H. Miner, Esquire<br>Davis, Miner & Barnhill<br>14 West Erie Street<br>Chicago, Illinois  60610<br><br>MARANE, INC. (A-3)<br>FRANK A. PRINCIPE, ET AL. (A-4)<br>Harold Brown, Esq.<br>Brown, Prifti, Leighton & Cohen<br>66 Long Wharf<br>Boston, Massachusetts  02110<br><br>INA LEVINE, ET AL. (A-5)<br>Kimball J. Corson, Esq.<br>Lewis and Roca<br>100 West Washington<br>Phoenix, Arizona  85003 | MCDONALD S CORPORATION<br>MCDONALD'S SYSTEM, INC.<br>FRANCHISE REALTY INTERSTATE CORP.<br>Earl E. Pollock, Esq.<br>Sonnenschein, Carlin, Nath<br>  & Rosenthal<br>8000 Sears Tower<br>Chicago, Illinois  60606<br><br>MARION MAGRUDER, JR.<br>MARION MAGRUDER, SR.<br>MARSHALL MARGRUDER<br>RAY JOHNSON<br>MARK KRAMER<br>Douglas G. Martin, Esq.<br>919 North First Street<br>Phoenix, Arizona  85004 |

JPML Form 2

## COUNSEL OF RECORD
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 385 -- In re McDonald's Franchise Antitrust Litigation

---

Alan H. Silberman, Esquire
Sonnenschein, Levinson, Carlin, Nath
    & Rosenthal
Attorneys for McDonald's Defendants
    (Miami, Chicago, and Richmond cases)
8000 Sears Tower
Chicago, Illinois 60602

Laurence A. Schroeder, Esquire
Walton, Lantaff, Schroeder, Carson & Wahl
Attorneys for McDonald's Defendants
    (Miami case only - local counsel)
922 Alfred I. duPont Building
Miami, Florida 33131

Ray V. Harwell, III, Esquire
Hunton & Williams
Attorneys for McDonald's Defendants
    (Richmond case only - local counsel)
707 East Main Street
Richmond, Virginia 23212

Judson H. Miner, Esquire
Davis, Miner & Barnhill
Attorneys for Plaintiff Martino (Chicago case)
14 West Erie Street
Chicago, Illinois 60610

A-1 LLOYD KYPTA (A-1)
Harold Brown, Esq.
Brown, Prifti, Leighton & Cohen
66 Long Wharf
Boston, Massachusetts 02110

John R. Kelso, Esq.
Fowler, White, Burnett, Hurley,
    Banick & Knight, P.A.
~~Co-Counsel for Petitioner Kypta~~
Fifth Floor, City National
    Bank Bldg.
25 West Flagler Street
Miami, Florida 33130

33 N. LaSalle
Chicago, Illinois 60602

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 385 -- In re McDonald's Franchise Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| McDonald's Corporation | A-1, A-2, A-3, A-4, A-5 |
| McDonald's System, Inc. | A-1, A-2, A-3, A-4, A-5 |
| Franchise Realty Interstate Corp. | A-1, A-2, A-4, A-5 |
| McDonald's Business Facilities Inc. | A-5 |
| Arthur Korf | A-5 |
| Marion Magruder, Jr. | A-5 |
| Marshall Magruder | A-5 |
| Ray Johnson | A-5 |
| Mark Kramer | A-5 |
| Marion Magruder, Sr. | A-5 |
| McDonald's of Tempe-E Apache, 6419, AZ, Inc. | A-5 |

p. 2

| | |
|---|---|
| McDonald's of Scottsdale - E | A-5 |
| Indian School, 6424, AZ, Inc. | A-5 |
| McD's of Scottsdale - Scottsdale Road 6418 AZ, Inc | A-5 |
| McD's of Tempe, 6212, A.Z., Inc | A-5 |
| McD's of Tempe - S | A-5 |
| Rural Rd, 6422, AZ, Inc. | A-5 |
| McD's of Tempe W. Broadway | A-5 |
| McD's of Glendale - W Camelback | A-5 |
| McD's of Glendale | A-5 |
| McD's of Peoria | A-5 |
| McD's of Phoenix - W. Peoria | A-5 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 385 -- In re McDonalds Franchise Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| McD's of Pheonix - Northern 6474 | A-5 |
| McDon | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |